**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000133
20-MAR-2026
08:22 AM
Dkt. 15 OGMD**

NO. CAAP-26-0000133

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
KIM LEI ALOHA PARK, Defendant-Appellant.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1FFC-24-0000692)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Hiraoka and Guidry, JJ.)

Upon consideration of Defendant-Appellant Kim Lei Aloha Park's (**Park**) March 16, 2026 Motion for Dismissal of Appeal, the papers in support, and the record, it appears that (1) the appeal has been not been docketed; (2) Park seeks to dismiss the appeal; and (3) attached to the motion is Park's declaration showing she understands the consequences of voluntary dismissal, consistent with Hawai'i Rules of Appellate Procedure (**HRAP**) Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under HRAP Rule 42(a) and (c).

IT IS FURTHER ORDERED that all other pending motions are dismissed.

DATED:  Honolulu, Hawai'i, March 20, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge